IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA McMECHEN and MADELEINE
WATSON, Individually and on Behalf
of all Similarly Situated Employees                    PLAINTIFFS

v.                     No. 3:18-cv-218-DPM

BLACKBOARD INC.                                         DEFENDANT

## ORDER

The Court appreciates the helpful joint report about scheduling and administrative proceedings, № 11. The Court will issue a Final Scheduling Order that handles this case like the non-collective action it is at this point. The Order will also contain a deadline for any motion to conditionally certify a group or dismiss the group claims without prejudice. If the case turns into a collective action, an Amended Final Scheduling Order will issue for good cause.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019