# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

TINA McMECHEN
and MADELEINE WATSON                                     PLAINTIFFS

v.                      No. 3:18-cv-218-DPM

BLACKBOARD, INC.                                          DEFENDANT

## JUDGMENT

McMechen's and Watson's complaint is dismissed with prejudice. The Court retains jurisdiction until 27 January 2021 to enforce the settlement.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2020